**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **DOUGLAS BROWN** and **PATRICIA BROWN**, | Case No. 2:21-cv-01865-HL |
| Plaintiff, | **ORDER** |
| v. | |
| **CATERPILLAR INC.**, a Foreign Corporation; **JLG INDUSTRIES, INC.**, a Foreign Corporation; **LANDOLL COMPANY LLC**, a Foreign Limited Liability Company; and **MARK ALAN MEREDITH** dba **MARK MEREDITH CONSTRUCTION**, a Citizen of Oregon, | |
| Defendants. | |

**IMMERGUT, District Judge.**

On June 29, 2022, Magistrate Judge Andrew D. Hallman issued his Findings and

Recommendation ("F&R"). ECF 22. The F&R recommends that this Court grant Plaintiffs

Douglas and Patricia Brown's motion to remand to state court, ECF 5. On July 13, 2022,

Defendants Caterpillar Inc. and JLG Industries, Inc. filed Objections to the F&R. ECF 24. On

July 26, 2022, Plaintiffs filed a Response to Defendants' Objections. ECF 25. This Court

ADOPTS Judge Hallman's F&R.

## STANDARDS

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or

modify, in whole or in part, the findings or recommendations made by the magistrate judge."

28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de

novo determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." *Id.* But the court is not required to review, de

novo or under any other standard, the factual or legal conclusions of the F&R to which no

objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v.

Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not

preclude further review by the district judge, *sua sponte*" whether de novo or under another

standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

This Court has reviewed de novo the portions of Judge Hallman's F&R to which

Defendants objected. The F&R, ECF 22, is adopted in full. Plaintiffs' Motion to Remand, ECF 5,

is GRANTED. This case is REMANDED to the Multnomah County Circuit Court in the State of

Oregon (Case No. 21CV14209).


**IT IS SO ORDERED**.

DATED this 9th day of August, 2022.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge